IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RONALD L. TSOSIE,** | : | |
| | : | |
|    **Plaintiff** | : | **CIVIL NO. 3:CV-10-2360** |
| | : | |
| v. | : | **(Judge Caputo)** |
| | : | |
| **BUREAU OF PRISONS,** *et al.,* | : | |
| | : | |
|    **Defendants** | : | |

# O R D E R

**AND NOW**, this **27th** day of **SEPTEMBER, 2012**, upon consideration of the Defendants' motion to dismiss pursuant to Fed. R. Civ. P. 12(b), and in accordance with the accompanying Memorandum, it is hereby **ORDERED** that:

1. The Defendants' Motion to Dismiss (Doc. 20) is **GRANTED.**

2. The claims against the Bureau of Prisons and the "Employees of the United States" are dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

3. The United States is substituted as the sole Defendant in this action.

4. Mr. Tsosie's Federal Tort Claim Act claims are **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

5. Mr. Tsosie's Indian Tucker Act claim is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

6. The Clerk of Court is directed to **CLOSE** this case.

                                              /s/ A. Richard Caputo
                                              **A. RICHARD CAPUTO**
                                              **United States District Judge**